DEBORAH M. SMITH
Acting United States Attorney

GARY M. GUARINO
Assistant U.S. Attorney
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: gary.guarino@usdoj.gov

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FRITZ JACOB & DEBORAH JACOB, for themselves and on behalf of McKENZIE JACOB, a minor<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 3:05-cv-00258-JWS<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE ANSWER** |

   The Plaintiffs and Defendant United States of America, via their undersigned counsel, stipulate and agree that the United States of America shall have an extension until March 3, 2006, to answer or otherwise respond to the complaint in this matter.

   Respectfully requested this 7th day of February, 2006, in Anchorage, Alaska.

//

//

//

|  |  |
|---|---|
|  | COOKE, ROOSA & VALCARCE LLC |
| Dated: February 7, 2006 | s/Jim J. Valcarce (consent)<br>Attorney for Plaintiffs |
|  | DEBORAH M. SMITH<br>Acting United States Attorney |
| Dated:  February 7, 2006 | s/Gary M. Guarino<br>Assistant U.S. Attorney<br>222 West 7th Ave., #9, Rm. 253<br>Anchorage, AK 99513-7567<br>Phone: (907) 271-5071<br>Fax: (907) 271-2344<br>E-mail: gary.guarino@usdoj.gov |