IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FRITZ JACOB & DEBORAH JACOB, for themselves and on behalf of McKENZIE JACOB, a minor<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 3:05-cv-00258-JWS<br><br>**[PROPOSED] ORDER** |

Defendant's request to have an extension until March 3, 2006 to file its Answer in this matter is hereby **GRANTED**.

_____
JOHN W. SEDWICK
U.S. District Judge