James Valcarce
Valcarce Law Office, LLC
P.O. Box 409
Bethel, Alaska 99559
Telephone: (9078) 543-2744
Facsimile: (907) 543-2746
jim@bushlawyers.com
Attorney for Plaintiff

U.S. DEFENDANT
c/o Gary Guarino, Assistant U.S. Attorney
222 West 7th Avenue
Anchorage, Alaska 99513-7567
Telephone (907) 271-5071
Facsimile (907) 271-2344

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

FRITZ JACOB & DEBORAH JACOB,
For themselves and on behalf of McKENZIE
JACOB, a minor

    Plaintiff,

vs.

UNITED STATES OF AMERICA,

    Defendant,

Case No.: A05-258 JWS

## STIPULATION OF WITHDRAWAL AND SUBSITUTION OF COUNSEL

Pursuant to Alaska Rule of Civil Procedure 81, the VALCARCE LAW OFFICE, LLC, hereby enters an appearance and substitutes as counsel for COOKE, ROOSA & VALCARCE, LLC. This notice is supported by the attached consent of client, and the entry attached.

DATED this _5_ day of February, 2007 at Bethel, Alaska.

Cooke, Roosa & Valcarce, LLC
Valcarce Law Office, LLC
Attorneys for Plaintiff

_____
Jim Valcarce
ABA No. 9805011

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

FRISTZ JACOB & DEBORAH JACOB,
For themselves and on behalf of McKENZIE
JACOB, a minor

    Plaintiff,

vs.

UNITED STATS OF AMERICA,

    Defendant,

Case No.: A05-258 JWS

## CONSENT TO WITHDRAWAL & SUBSTITUTION

FRITZ JACOB and DEBORAH JACOB, on behalf of McKENZIE JACOB, a minor, hereby consent to the substitution of Valcarce Law Office, LLC as my attorney in this action, and to the withdrawal of Cooke, Roosa, & Valcarce, LLC. I understand that neither Cooke, Roosa, & Valcarce, LLC nor any of the attorneys associated with its Anchorage office (Christopher Cooke and Ken Roosa, now practicing law as Cooke, Roosa, LLC) will have any further responsibility for my representation.

DATED this ____ day of 1/31/07 , 2006.

_____
FRITZ JACOB

_____
DEBORAH JACOB

## Consent By Client

I hereby request that the firm of Valcarce Law Office, LLC continue my representation that was previously undertaken by Cooke, Roosa, & Valcarce, LLC. I understand that Cooke, Roosa LLC will have no further responsibility for my representation.

Dated this ____ day of December 2006.

1/31/07

_____
FRITZ JACOB

_____
DEBORAH JACOB

James Valcarce
Valcarce Law Office, LLC
P.O. Box 409
Bethel, Alaska 99559
Telephone: (9078) 543-2744
Facsimile: (907) 543-2746
jim@bushlawyers.com
Attorney for Plaintiff

U.S. DEFENDANT
c/o Gary Guarino, Assistant U.S. Attorney
222 West 7th Avenue
Anchorage, Alaska 99513-7567
Telephone (907) 271-5071
Facsimile (907) 271-2344

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

FRISTZ JACOB & DEBORAH JACOB,
For themselves and on behalf of McKENZIE
JACOB, a minor

    Plaintiff,

vs.

UNITED STATS OF AMERICA,

    Defendant,

Case No.: A05-258 JWS

**ORDER REGARDING STIPULATION/WITHDRAWAL AND SUBSTITUTION**

THIS MATTER having come before the Court on the stipulation, entry and consent, attached, the Court now enters the following order:

IT IS HEREBY ORDERED, that VALCARCE LAW OFFICE, LLC, shall substitute as counsel for plaintiffs.

DATED: February ___, 2007.

_____
Judge