IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FRITZ JACOB & DEBORAH JACOB, For themselves and on behalf of McKENZIE JACOB, a minor <br><br> Plaintiff, <br><br> vs. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant, | ) ) ) ) ) ) ) ) ) ) ) ) ) )  Case No.: A05-258 JWS |

### NOTICE OF FILING CORRECTED DOCUMENT

COMES NOW, plaintiffs, Fritz Jacob and Deborah Jacob for themselves and on behalf of McKenzie Jacob, a minor, by and through Jim Valcarce attorney of the Valcarce Law Office, LLC and hereby give notice of filing corrected document.

Dated this 7th day of February 2007, at Bethel, Alaska.

VALCARCE LAW OFFICE
Attorneys for Plaintiff

_____
Jim Valcarce
ABA No.: 9505011

VALCARCE
LAW OFFICE,
LLC
P.O. Box 409
900 Third
Avenue
Bethel, Alaska
99559
(907) 543-2744
Fax
(907) 543-2746

James Valcarce
Valcarce Law Office, LLC
P.O. Box 409
Bethel, Alaska 99559
Telephone: (9078) 543-2744
Facsimile: (907) 543-2746
jim@bushlawyers.com
Attorney for Plaintiff

U.S. DEFENDANT
c/o Gary Guarino, Assistant U.S. Attorney
222 West 7th Avenue
Anchorage, Alaska 99513-7567
Telephone (907) 271-5071
Facsimile (907) 271-2344

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FRITZ JACOB & DEBORAH JACOB, )<br>For themselves and on behalf of McKENZIE )<br>JACOB, a minor )<br> )<br>            Plaintiff, )<br> )<br>vs. )<br> )<br>UNITED STATES OF AMERICA, )<br> )<br>            Defendant, )<br>_____ ) | Case No.: A05-258 JWS |

**STIPULATION OF WITHDRAWAL AND SUBSITUTION OF COUNSEL**

Pursuant to Alaska Rule of Civil Procedure 81, the VALCARCE LAW OFFICE, LLC, hereby enters an appearance and substitutes as counsel for COOKE, ROOSA & VALCARCE, LLC. This notice is supported by the attached consent of client, and the entry attached.

DATED this _____ day of February, 2007 at Bethel, Alaska.

Cooke, Roosa & Valcarce, LLC
Valcarce Law Office, LLC
Attorneys for Plaintiff

_____
Jim Valcarce
ABA No. 9505011

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

FRISTZ JACOB & DEBORAH JACOB,  )
For themselves and on behalf of McKENZIE  )
JACOB, a minor  )
　　　　　　　　　　　　　　　　　　　　)
　　　　　　　Plaintiff,  )
　　　　　　　　　　　　　　　　　　　　)
vs.  )
　　　　　　　　　　　　　　　　　　　　)
UNITED STATS OF AMERICA,  )
　　　　　　　　　　　　　　　　　　　　)
　　　　　　　Defendant,  )　　Case No.: A05-258 JWS
　　　　　　　　　　　　　　　　　　　　)

## CONSENT TO WITHDRAWAL & SUBSTITUTION

FRITZ JACOB and DEBORAH JACOB, on behalf of McKENZIE JACOB, a minor, hereby consent to the substitution of Valcarce Law Office, LLC as my attorney in this action, and to the withdrawal of Cooke, Roosa, & Valcarce, LLC. I understand that neither Cooke, Roosa, & Valcarce, LLC nor any of the attorneys associated with its Anchorage office (Christopher Cooke and Ken Roosa, now practicing law as Cooke, Roosa, LLC) will have any further responsibility for my representation.

DATED this _____ day of _____ [1/31/07], 2006.

_____
FRITZ JACOB

_____
DEBORAH JACOB

## Consent By Client

I hereby request that the firm of Valcarce Law Office, LLC continue my representation that was previously undertaken by Cooke, Roosa, & Valcarce, LLC. I understand that Cooke, Roosa LLC will have no further responsibility for my representation.

Dated this ___ day of December 2006.

1/31/07

_____
FRITZ JACOB

_____
DEBORAH JACOB

James Valcarce
Valcarce Law Office, LLC
P.O. Box 409
Bethel, Alaska 99559
Telephone: (9078) 543-2744
Facsimile: (907) 543-2746
jim@bushlawyers.com
Attorney for Plaintiff

U.S. DEFENDANT
c/o Gary Guarino, Assistant U.S. Attorney
222 West 7th Avenue
Anchorage, Alaska 99513-7567
Telephone (907) 271-5071
Facsimile (907) 271-2344

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FRISTZ JACOB & DEBORAH JACOB,  )<br>For themselves and on behalf of McKENZIE  )<br>JACOB, a minor  )<br>  )<br>            Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>UNITED STATS OF AMERICA,  )<br>  )<br>            Defendant,  )<br>_____)  | Case No.: A05-258 JWS |

### ORDER REGARDING STIPULATION/WITHDRAWAL AND SUBSTITUTION

THIS MATTER having come before the Court on the stipulation, entry and consent, attached, the Court now enters the following order:

IT IS HEREBY ORDERED, that VALCARCE LAW OFFICE, LLC, shall substitute as counsel for plaintiffs.

DATED: February ___, 2007.        _____
                                                          Judge