NELSON P. COHEN
United States Attorney

GARY M. GUARINO
Assistant U.S. Attorney
222 West Seventh Avenue, #9
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: gary.guarino@usdoj.gov

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FRITZ JACOB & DEBORAH JACOB, for themselves and on behalf of McKENZIE JACOB, a minor<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 3:05-cv-00258-JWS<br><br>**STIPULATION FOR EXTENSION OF TIME FOR PRETRIAL DATES** |

The Plaintiffs and Defendant United States of America, via their undersigned counsel, submit this joint stipulation and proposed revised dates for discovery and motion practice. This stipulation has been entered because the parties have had difficulties getting complete and updated copies of the

voluminous medical records for minor Plaintiff McKenzie Jacob. As a result, discovery depositions for the treating physicians have been delayed and the parties will need additional time to complete this discovery, to identify other potential witnesses, and to have their respective expert witnesses review the medical records and witness information and prepare their reports. The parties agree to and propose the following revised dates for expert reports, final witness lists, the close of discovery, and any dispositive or discovery motions:

| | |
|---|---|
| August 14, 2007 | Plaintiffs' Expert Reports and Disclosures Due |
| September 14, 2007 | Defendant's Expert Reports and Disclosures Due |
| September 28, 2007 | Final Witness Lists |
| October 1, 2007 | Supplemental Expert Reports Due |
| November 15, 2007 | Close of Discovery |
| November 15, 2007 | Dispositive Motions and Discovery Motions |

Respectfully submitted this 14th day of May, 2007, in Anchorage, Alaska.

//

//

//

| | |
|---|---|
| Dated: May 14, 2007 | Valcarce Law Office, LLC<br>s/Jim Valcarce (consent) |
| | Attorney for Plaintiffs |
| | Nelson P. Cohen<br>Acting United States Attorney |
| Dated: May 14, 2007 | s/Gary M. Guarino<br>Assistant U.S. Attorney<br>222 West 7th Ave., #9, Rm. 253<br>Anchorage, AK 99513-7567<br>Phone: (907) 271-5071<br>Fax: (907) 271-2344<br>E-mail: gary.guarino@usdoj.gov<br>AK#8209092 |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 14, 2007, a copy of the **Stipulation for Extension of Time for Pretrial Deadlines** was served electronically on:

Jim Valcarce

s/ Gary M. Guarino