IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FRITZ JACOB & DEBORAH JACOB, for themselves and on behalf of McKENZIE JACOB, a minor<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 3:05-cv-00258-JWS<br><br>**ORDER** |

Based on the parties Stipulation for Extension of Time and proposed revised dates for discovery and motion practice, the Court ORDERS the following dates for pre-trial proceedings:

| | |
|---|---|
| August 14, 2007 | Plaintiffs' Expert Reports and Disclosures Due |
| September 14, 2007 | Defendant's Expert Reports and Disclosures Due |
| September 28, 2007 | Final Witness Lists |
| October 1, 2007 | Supplemental Expert Reports Due |
| November 15, 2007 | Close of Discovery |
| November 15, 2007 | Dispositive Motions and Discovery Motions |

Date: 5/16/07         /s/ John W. Sedwick
                United States District Court Judge