Jim Valcarce, Esq.
Valcarce Law Office, LLC
900 Third Avenue
P.O. Box 409
Bethel, Alaska 99559
Phone: (907) 543-2744
Facsimile: (907) 543-2746
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

FRITZ JACOB & DEBORAH JACOB, )
For themselves and on behalf of McKENZIE )
JACOB, a minor )
)
                Plaintiff, )
)
vs. )
)
UNITED STATES OF AMERICA, )
)
                Defendant, )   Case No.: A05-258 JWS
_____ )

## NON-OPPOSED MOTION FOR TRIAL SETTING CONFERENCE

Plaintiffs, by and through counsel, hereby request a Trial Setting Conference. On November 21, 2007 the undersigned spoke to Gary Guarino, attorney for the defendant, who non-opposed this motion. Plaintiffs' counsel resides in Bethel and requests to appear by the telephone.

DATED this _____ day of November 2007, at Bethel, Alaska.

VALCARCE LAW OFFICE
Attorneys for Plaintiffs

_____
Jim Valcarce/ABA 9505011

Jim Valcarce, Esq.
Valcarce Law Office, LLC
900 Third Avenue
P.O. Box 409
Bethel, Alaska 99559
Phone: (907) 543-2744
Facsimile: (907) 543-2746
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

FRITZ JACOB & DEBORAH JACOB, )
For themselves and on behalf of McKENZIE )
JACOB, a minor )
)
              Plaintiff, )
)
vs. )
)
UNITED STATES OF AMERICA, )
)
             Defendant, )   Case No.: A05-258 JWS
)
_____ )

### ORDER RE: TRIAL DATE SETTING CONFERENCE

This matter having come before the Court on Plaintiffs' Request for Trial Date Setting Conference, the Court now enters the following order:

IT IS HEREBY ORDERED that a trial date conference shall be set _____, _____ at _____ o'clock. Plaintiffs Counsel may appear by phone and may be called at 888-610-2744.

DATED this _____ day of November 2007, at Bethel, Alaska.

_____
Superior Court Judge

VALCARCE LAW OFFICE, LLC.
P.O. Box 409  900 3rd Ave.
Bethel, Alaska 99559
(907) 543-2744 telephone
(907) 543-2746 fax

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FRITZ JACOB & DEBORAH JACOB, )<br>For themselves and on behalf of McKENZIE )<br>JACOB, a minor )<br>)<br>                Plaintiff, )<br>)<br>vs. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>                Defendant, )<br>                              ) | Case No.: A05-258 JWS |

**CERTIFICATE OF SERVICE**

SHARON RODGERS certifies that she is an authorized agent of VALCARCE LAW OFFICE, LLC for the service of papers pursuant to Civil Rule 5, and on the date stated herein, she filed the following document with the above-named court and mailed to the person(s) listed below:

Documents:      NON-OPPOSED MOTION FOR TRIAL SETTING CONFERENCE

ORDER RE: TRIAL DATE SETTING CONFERENCE

Person(s) Served:      U.S. DEFENDANT
c/o Gary Guarino, Assistant U.S. Attorney
222 West 7th Avenue
Anchorage, Alaska 99513-7567

Dated this 23rd day of November 2007, at Bethel, Alaska.

*Sharon Rodgers*
SHARON RODGERS