MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

FRITZ JACOB, ET AL          vs.   UNITED STATES OF AMERICA

BEFORE THE HONORABLE  JOHN W. SEDWICK   CASE NO. 3:05-cv-00258-JWS

DEPUTY CLERK/RECORDER:       APRIL KARPER

APPEARANCES:    PLAINTIFF:    JIM VALCARCE - TELEPHONIC

                DEFENDANT:    GARY GUARINO

PROCEEDINGS: TRIAL SETTING CONFERENCE HELD DECEMBER 12, 2007:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 8:32 a.m. court convened.

Court and counsel heard re estimated length of Bench Trial; parties informed the court that the estimated time for trial is 6 days.

Final Pretrial Conference set for **April 7, 2008 at 8:30 a.m.** Bench Trial set for **April 7, 2008 at 9:00 a.m.** Court informed parties that chambers will issue an order setting trial deadlines.

At 8:36 a.m. court adjourned.

DATE:    December 12, 2007    DEPUTY CLERK'S INITIALS:   amk

Revised 6/18/07