NELSON P. COHEN
United States Attorney

GARY M. GUARINO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska  99513-7567
Telephone: (907) 271-5071
Facsimile: (907) 271-2344
gary.guarino@usdoj.gov

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FRITZ JACOB & DEBORAH JACOB, for themselves and on behalf of McKENZIE JACOB, a minor<br><br>            Plaintiffs,<br><br>      vs.<br><br>UNITED STATES OF AMERICA,<br><br>            Defendant. | Case No. 3:05-cv-00258-JWS<br><br>**STATUS REPORT REGARDING SETTLEMENT** |

The United States, via counsel, notifies the Court that the parties have negotiated and signed a written settlement agreement. The settlement has been approved by the Superior Court for the State of Alaska, Fourth Judicial District at Bethel, <u>Fritz Jacob et. al v. U.S.</u>, Case No. 4BE-08-12 PR, as a "Settlement Affecting Minors" under Alaska Rule of Civil Procedure 90.2.

The executed settlement agreement has now been submitted for review and payment by the Defendant. Once the settlement funds are released and payment is made, the parties will submit the appropriate stipulation for dismissal with prejudice. The parties expect to file the stipulation for dismissal or report back to the Court on the pending status by April 30, 2008. Undersigned counsel for the Defendant communicated with Plaintiff's counsel and obtained Plaintiff's consent to file this status report regarding the pending settlement.

Respectfully submitted this 31st day of March, 2008, in Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/Gary M. Guarino
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: gary.guarino@usdoj.gov
AK#8209092

**CERTIFICATE OF SERVICE**

I hereby certify that on March 31, 2008,
a copy of the foregoing **STATUS REPORT REGARDING SETTLEMENT** was served electronically on:

Jim Valcarce

s/ Gary M. Guarino

JACOB, et al. v. U.S.
Case No. 3:05-cv-00258-JWS                 2