NELSON P. COHEN
United States Attorney

GARY M. GUARINO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Rm. 253
Anchorage, AK 99513-7567
Telephone: (907) 271-5071
Facsimile: (907) 271-2344
gary.guarino@usdoj.gov

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FRITZ JACOB & DEBORAH JACOB, for themselves and on behalf of McKENZIE JACOB, a minor<br><br>            Plaintiffs,<br>   v.<br><br>UNITED STATES OF AMERICA,<br><br>            Defendant. | Case No. 3:05-cv-00258-JWS<br><br>**STIPULATION TO DISMISS WITH PREJUDICE** |

      The Plaintiffs and the Defendant, via undersigned counsel, stipulate that all claims asserted or that could have been asserted by Plaintiffs against the United States in this action should be dismissed with prejudice and with each party to bear their own costs, expenses, and attorney's fees.

Respectfully submitted this 13th day of May, 2008, in Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

Dated: May 13, 2008           s/Gary M. Guarino
                              Assistant U.S. Attorney
                              222 West 7th Ave., #9, Rm. 253
                              Anchorage, AK 99513-7567
                              Phone: (907) 271-5071
                              Fax: (907) 271-2344
                              Email: gary.guarino@usdoj.gov
                              AK #8209092

                              Valcarce Law Office, LLC

Dated: May 13, 2008           s/Jim Valcarce (consent)
                              Box 409
                              Bethel, AK 99559-0409
                              Phone: (907) 543-2744
                              Fax: (907) 543-2746
                              Email: jim@bushlawyers.com
                              Attorney for Plaintiffs
                              AK # 9505011