IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FRITZ JACOB & DEBORAH JACOB,  )<br>for themselves and on behalf of  )<br>McKENZIE JACOB, a minor  )<br>                                                           )<br>             Plaintiffs,           )<br>                                                           )<br>         v.                                          )<br>                                                           )<br>UNITED STATES OF AMERICA,  )<br>                                                           )<br>             Defendant.           )<br>                                                           ) | Case No. 3:05-cv-00258-JWS<br><br>**ORDER TO DISMISS<br>WITH PREJUDICE** |

The Court having considered the parties' Stipulation to Dismiss with Prejudice, hereby ORDERS that this action is dismissed with prejudice, with each party to bear its own costs, expenses, and fees.

Date: May 14, 2008                                          /s/ John W. Sedwick
                                                                              District Court Judge